IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust; TERRI L. STEVENSON, an individual on behalf of herself, and as grantor of the Terri L. Stevenson 2016 Irrevocable Family Trust; TODD J. STEVENSON, an individual; and JOSEPH D. STEVENSON, an individual on behalf of himself, and as grantor of the Joseph D. Stevenson Irrevocable Life Insurance Trust; | CV 24–109–M–DLC |
| Plaintiffs, | |
| vs. | ORDER |
| MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; THE PENN INSURANCE AND ANNUITY COMPANY; SUMMIT FINANCIAL GROUP; GP CAPITAL PARTNERS LLC; THE BURGESS GROUP, INC.; JOSHOA Q. GARDNER, an individual; and JOHN DOES 1–5, | |
| Defendants. | |

Defendant Massachusetts Mutual Life Insurance Company ("MassMutual")

1

has moved for the admission of attorneys E. Thomas Henefer and Julie E. Ravis of Stevens & Lee, P.C., *pro hac vice*, in the above-captioned matter. (Docs. 51, 52.) It appears that Perry Schneider of Milodragovich, Dale & Steinbrenner, P.C. will serve as local counsel in this matter. (Doc. 51 at 2, 52 at 2.) The applications (Docs. 51-1, 52-1) comply with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motions (Docs. 51, 52) are GRANTED on the condition that E. Thomas Henefer and Julie E. Ravis do their own work. This means that they must: (1) do their own writing; (2) sign their own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Henefer and Ms. Ravis shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Henefer and Ms. Ravis file a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 30th day of October, 2024.

Dana L. Christensen, District Judge
United States District Court

2