IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust; TERRI L. STEVENSON, an individual on behalf of herself, and as grantor of the Terri L. Stevenson 2016 Irrevocable Family Trust; TODD J. STEVENSON, an individual; and JOSEPH D. STEVENSON, an individual on behalf of himself, and as grantor of the Joseph D. Stevenson Irrevocable Life Insurance Trust;  Plaintiffs,  vs.  MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; THE PENN INSURANCE AND ANNUITY COMPANY; SUMMIT FINANCIAL GROUP; GP CAPITAL PARTNERS LLC; THE BURGESS GROUP, INC.; JOSHOA Q. GARDNER, an individual; LAKE FOREST BANK & TRUST CO., N.A.; SUCCESSION CAPITAL ALLIANCE; and JOHN DOES 1–5,  Defendants. | CV 24–109–M–DLC  ORDER |

1

Defendant Succession Capital Alliance has moved for the admission of attorney Tamara Seelman of Gordon Rees Scully Mansukhani LLP, *pro hac vice*, in the above-captioned matter. (Doc. 80.) It appears that Nathan A. Huey and Gordon Rees Scully Mansukhani LLP will serve as local counsel in this matter. (*Id.* at 2.) Ms. Seelman's application (Doc. 80-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 80) is GRANTED on the condition that Ms. Seelman does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Seelman shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Seelman files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 11th day of December, 2024.

_____
Dana L. Christensen, District Judge
United States District Court