IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust; TERRI L. STEVENSON, an individual on behalf of herself, and as grantor of the Terri L. Stevenson 2016 Irrevocable Family Trust; TODD J. STEVENSON, an individual; and JOSEPH D. STEVENSON, an individual on behalf of himself, and as grantor of the Joseph D. Stevenson Irrevocable Life Insurance Trust;<br><br>       Plaintiffs,<br><br> vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; THE PENN INSURANCE AND ANNUITY COMPANY; SUMMIT FINANCIAL GROUP; GP CAPITAL PARTNERS LLC; THE BURGESS GROUP, INC.; JOSHOA Q. GARDNER, an individual; LAKE FOREST BANK & TRUST CO., N.A.; SUCCESSION CAPITAL ALLIANCE; and JOHN DOES 1–5,<br><br>       Defendants. | CV 24–109–M–DLC<br><br><br>ORDER |

1

Defendant Wintrust Life Finance has withdrawn its pending motion to dismiss (Doc. 83). (Doc. 108.)

Accordingly, IT IS ORDERED that the motion (Doc. 83) is DENIED as MOOT.

DATED this 20th day of February, 2025.

Dana L. Christensen, District Judge
United States District Court