IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust; TERRI L. STEVENSON, an individual on behalf of herself, and as grantor of the Terri L. Stevenson 2016 Irrevocable Family Trust; TODD J. STEVENSON, an individual; and JOSEPH D. STEVENSON, an individual on behalf of himself, and as grantor of the Joseph D. Stevenson Irrevocable Life Insurance Trust; JANETTE KRUTZFELDT JONES, on behalf of and as trustee for the Todd Stevenson 2013 Irrevocable Family Trust, the Todd F. Stevenson Irrevocable Life Insurance Trust, the Terri L. Stevenson 2016 Irrevocable Family Trust, and Joseph D. Stevenson Irrevocable Life Insurance Trust; and STEVENSON AND SONS FUNERAL HOMES,<br><br>      Plaintiffs,<br><br>  v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE PENN MUTUAL LIFE INSURANCE | CV 24–109–M–DLC<br><br><br>ORDER |

| |
|---|
| COMPANY; THE PENN INSURANCE AND ANNUITY COMPANY; SUMMIT FINANCIAL GROUP; GP CAPITAL PARTNERS LLC; THE BURGESS GROUP, INC.; JOSHUA Q. GARDNER, an individual; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust CO., N.A.; BARRINGTON BANK & TRUST CO., N.A., CMS NATIONAL SERVICES, LLC; and JOHN DOES 1–5, <br><br>         Defendants. |

Before the Court is Defendant CMS National Services, LLC's ("CMS") motion for the admission of attorney Elizabeth Fellmeth of Freeman, Mathis & Gary, LLP, pro hac vice, in the above-captioned matter. (Doc. 121.) Ms. Fellmeth's application (Doc. 121-1.) does not comply with this Court's Local Rules governing the admission of counsel pro hac vice. L.R. 83.1(d). Specifically, Ms. Fellmeth fails to provide her fax number. *See* L.R. 83.1(d)(4)(A).

Accordingly, IT IS ORDERED that the motion (Doc. 121) is DENIED WITHOUT PREJUDICE.

DATED this 11th day of March, 2025.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court

2