IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust; TERRI L. STEVENSON, an individual on behalf of herself, and as grantor of the Terri L. Stevenson 2016 Irrevocable Family Trust; TODD J. STEVENSON, an individual; and JOSEPH D. STEVENSON, an individual on behalf of himself, and as grantor of the Joseph D. Stevenson Irrevocable Life Insurance Trust; JANETTE KRUTZFELDT JONES, on behalf of and as trustee for the Todd Stevenson 2013 Irrevocable Family Trust, the Todd F. Stevenson Irrevocable Life Insurance Trust, the Terri L. Stevenson 2016 Irrevocable Family Trust, and Joseph D. Stevenson Irrevocable Life Insurance Trust; and STEVENSON AND SONS FUNERAL HOMES, <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE PENN MUTUAL LIFE INSURANCE | CV 24–109–M–DLC <br><br><br> ORDER |

COMPANY; THE PENN
INSURANCE AND ANNUITY
COMPANY; SUMMIT FINANCIAL
GROUP; GP CAPITAL PARTNERS
LLC; THE BURGESS GROUP, INC.;
JOSHOA Q. GARDNER, an
individual; WINTRUST LIFE
FINANCIAL, a Division of Lake
Forest Bank & Trust CO., N.A.;
BARRINGTON BANK & TRUST
CO., N.A., CMS NATIONAL
SERVICES, LLC; and JOHN DOES
1–5,

           Defendants.

Defendant CMS National Services, LLC, has moved for the admission of

attorney Elizabeth Fellmeth of Freeman, Mathis & Gary, LLP, pro hac vice, in the

above-captioned matter. (Doc. 126.) It appears that Ryan Heuwinkel of Bohyer,

Erickson, Beaudette & Tranel, PC will serve as local counsel in this matter. (*Id.* at

2.) Ms. Fellmeth's application (Doc. 126-1) complies with this Court's Local Rules

governing the admission of counsel pro hac vice. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 126) is GRANTED on

the condition that Ms. Fellmeth does her own work. This means that she must: (1)

do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear

and participate personally. Ms. Fellmeth shall take steps to register in the Court's

electronic filing system (CM-ECF). Further information is available on the Court's

website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

Ms. Fellmeth files a separate pleading acknowledging her admission under the

terms set forth above within fifteen (15) days of this Order.

DATED this 12th day of March, 2025.

Dana L. Christensen, District Judge
United States District Court