IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust; TERRI L. STEVENSON, an individual on behalf of herself, and as grantor of the Terri L. Stevenson 2016 Irrevocable Family Trust; TODD J. STEVENSON, an individual; and JOSEPH D. STEVENSON, an individual on behalf of himself, and as grantor of the Joseph D. Stevenson Irrevocable Life Insurance Trust; FIRST TRUST COMPANY, LLC, as duly appointed trustee for the Todd Stevenson 2013 Irrevocable Family Trust, the Todd F. Stevenson Irrevocable Life Insurance Trust, the Terri L. Stevenson 2016 Irrevocable Family Trust, and Joseph D. Stevenson Irrevocable Life Insurance Trust; and STEVENSON AND SONS FUNERAL HOMES,<br><br>      Plaintiffs,<br><br>  v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; THE PENN INSURANCE AND ANNUITY | CV 24–109–M–DLC<br><br><br>ORDER |

| |
|---|
| COMPANY; SUMMIT FINANCIAL GROUP; GP CAPITAL PARTNERS LLC; THE BURGESS GROUP, INC.; JOSHOA Q. GARDNER, an individual; SUCCESSION CAPITAL ALLIANCE; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust CO., N.A.; BARRINGTON BANK & TRUST CO., N.A., CMS NATIONAL SERVICES, LLC; and JOHN DOES 1–5, <br><br>          Defendants. |

Before the Court is First Trust Company, LLC's Motion to Substitute. (Doc. 205.) On review of the Motion, timely made and filed by the proper party, and pursuant to Federal Rule of Civil Procedure 25,

IT IS ORDERED that the Motion (Doc. 205) is GRANTED. Consequently, First Trust Company, LLC, as duly appointed trustee for the Todd Stevenson 2013 Irrevocable Family Trust, the Todd F. Stevenson Irrevocable Life Insurance Trust, the Terri L. Stevenson 2016 Irrevocable Family Trust, and Joseph D. Stevenson Irrevocable Life Insurance Trust, is substituted as a named Plaintiff in this lawsuit in the place of Janette Krutzfeldt Jones.

IT IS FURTHER ORDERED that this caption in this case shall reflect the substitution.

IT IS FURTHER ORDERED that First Trust Company, LLC, having been duly substituted as a party in this case, shall file a corporate disclosure statement pursuant to Federal Rule of Civil Procedure 7.1.

Dated this 20th day of October, 2025.

Dana L. Christensen, District Judge
United States District Court