IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust; TERRI L. STEVENSON, an individual on behalf of herself, and as grantor of the Terri L. Stevenson 2016 Irrevocable Family Trust; TODD J. STEVENSON, an individual; and JOSEPH D. STEVENSON, an individual on behalf of himself, and as grantor of the Joseph D. Stevenson Irrevocable Life Insurance Trust; JANETTE KRUTZFELDT JONES, on behalf of and as trustee for the Todd Stevenson 2013 Irrevocable Family Trust, the Todd F. Stevenson Irrevocable Life Insurance Trust, the Terri L. Stevenson 2016 Irrevocable Family Trust, and Joseph D. Stevenson Irrevocable Life Insurance Trust; and STEVENSON AND SONS FUNERAL HOMES,<br><br>      Plaintiffs,<br><br>  v.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; THE PENN | CV 24–109–M–DLC<br><br>ORDER |

| |
|---|
| INSURANCE AND ANNUITY COMPANY; SUMMIT FINANCIAL GROUP; GP CAPITAL PARTNERS LLC; THE BURGESS GROUP, INC.; JOSHOA Q. GARDNER, an individual; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust CO., N.A.; BARRINGTON BANK & TRUST CO., N.A., CMS NATIONAL SERVICES, LLC; and JOHN DOES 1–5, |
| Defendants. |

Defendant Massachusetts Mutual Life Company ("MassMutual") has moved for the admission of attorney Jason P. Rudloff of Stevens & Lee, P.C., pro hac vice, in the above-captioned matter. (Doc. 235.) It appears that Perry Schneider of Milodragovich, Dale & Steinbrenner, P.C. will serve as local counsel in this matter. (*Id.* at 1.) Mr. Rudloff's application (Doc. 235-1) complies with this Court's Local Rules governing the admission of counsel pro hac vice. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 235) is GRANTED on the condition that Mr. Rudloff does his own work. This means that he must: (1) do his own writing; (2) sign his own pleadings, motions, and briefs; and (3) appear and participate personally. Mr. Rudloff shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless

2

Mr. Rudloff files a separate pleading acknowledging his admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 11th day of February, 2026.

Dana L. Christensen, District Judge
United States District Court