IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust; TERRI L. STEVENSON, an individual on behalf of herself, and as grantor of the Terri L. Stevenson 2016 Irrevocable Family Trust; TODD J. STEVENSON, an individual; and JOSEPH D. STEVENSON, an individual on behalf of himself, and as grantor of the Joseph D. Stevenson Irrevocable Life Insurance Trust; JANETTE KRUTZFELDT JONES, on behalf of and as trustee for the Todd Stevenson 2013 Irrevocable Family Trust, the Todd F. Stevenson Irrevocable Life Insurance Trust, the Terri L. Stevenson 2016 Irrevocable Family Trust, and Joseph D. Stevenson Irrevocable Life Insurance Trust; and STEVENSON AND SONS FUNERAL HOMES, <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; THE PENN | CV 24–109–M–DLC <br><br><br> ORDER |

INSURANCE AND ANNUITY COMPANY; SUMMIT FINANCIAL GROUP; GP CAPITAL PARTNERS LLC; THE BURGESS GROUP, INC.; JOSHOA Q. GARDNER, an individual; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust CO., N.A.; BARRINGTON BANK & TRUST CO., N.A., CMS NATIONAL SERVICES, LLC; and JOHN DOES 1–5,

        Defendants.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY BARRINGTON BANK & TRUST Case 9:24-cv-00109-DLC Document 238 Filed 02/12/26 Page 2 of 6 3 CO., N.A.; CMS NATIONAL SERVICES, LLC DBA SUCCESSION CAPITAL ALLIANCE INSURANCE, LLC; THE PENN INSURANCE AND ANNUITY COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust CO., N.A.; SUMMIT FINANCIAL GROUP; and JOSHOA Q. GARDNER,

        Third-Party Plaintiffs,

v.

COREY JONES, as Personal Representative of the Estate of Janette Krutzfeldt Jones; KRUTZFELDT & JONES LLP; and TODD S. STEADMAN;

Third-Party Defendants.

Defendants The Penn Mutual Life Insurance Company and The Penn Insurance and Annuity Company have moved for the admission of attorney Emily K. Felix of McDowell Hetherington LLP, pro hac vice, in the above-captioned matter. (Doc. 238.) It appears that Leonard H. Smith of Crowley Fleck PLLP will serve as local counsel in this matter. (*Id.* at 1.) Ms. Felix's application (Doc. 238-1) complies with this Court's Local Rules governing the admission of counsel pro hac vice. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 238) is GRANTED on the condition that Ms. Felix does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Felix shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Felix files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 12th day of February, 2026.

Dana L. Christensen, District Judge
United States District Court