IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

TODD F. STEVENSON, an
individual on behalf of himself, and as
grantor of the Todd Stevenson 2013
Irrevocable Family Trust and the Todd
F. Stevenson Irrevocable Life
Insurance Trust; TERRI L.
STEVENSON, an individual on
behalf of herself, and as grantor of the
Terri L. Stevenson 2016 Irrevocable
Family Trust; TODD J.
STEVENSON, an individual; and
JOSEPH D. STEVENSON, an
individual on behalf of himself, and as
grantor of the Joseph D. Stevenson
Irrevocable Life Insurance Trust; and
FIRST TRUST COMPANY, LLC, on
behalf of and as trustee for the Todd
Stevenson 2013 Irrevocable Family
Trust, the Todd F. Stevenson
Irrevocable Life Insurance Trust, the
Terri L. Stevenson 2016 Irrevocable
Family Trust, and Joseph D.
Stevenson Irrevocable Life Insurance
Trust,

        Plaintiffs,

vs.

MASSACHUSETTS MUTUAL
LIFE INSURANCE COMPANY;
THE PENN MUTUAL LIFE
INSURANCE COMPANY; THE
PENN INSURANCE AND
ANNUITY COMPANY; SUMMIT
FINANCIAL GROUP; GP

CV 24–109–M–DLC

ORDER

1

CAPITAL PARTNERS LLC;
JOSHOA Q. GARDNER, an
individual; WINTRUST LIFE
FINANCIAL, a Division of Lake
Forest Bank & Trust Co., N.A.;
BARRINGTON BANK & TRUST
CO., N.A.; CMS NATIONAL
SERVICES, LLC; LAKE FOREST
BANK & TRUST CO., N.A.; and
JOHN DOES 1–5,

Defendants.

MASSACHUSETTS MUTUAL
LIFE INSURANCE COMPANY;
BARRINGTON BANK & TRUST
CO., N.A.; CMS NATIONAL
SERVICES, LLC DBA
SUCCESSION CAPITAL
ALLIANCE INSURANCE, LLC;
THE PENN INSURANCE AND
ANNUITY COMPANY; THE
PENN MUTUAL LIFE
INSURANCE COMPANY;
WINTRUST LIFE FINANCIAL, a
Division of Lake Forest Bank &
Trust CO., N.A.; SUMMIT
FINANCIAL GROUP; and
JOSHOA Q. GARDNER,

Third-Party Plaintiffs,

vs.

COREY JONES, as Personal
Representative of the Estate of
Janette Krutzfeldt Jones;
KRUTZFELDT & JONES LLP; and
TODD S. STEADMAN,

2

Third-Party Defendants.

Defendants GP Capital Partners, Summit Financial Group, and Joshoa Q. Gardner have moved for the admission of attorney Tomiko A. Ortiz of Quintairos Prieto Wood & Boyer, P.A., *pro hac vice*, in the above-captioned matter. (Doc. 271.) It appears that Emma L. Mediak of the law firm Garlington, Lohn & Robinson, PLLP will serve as local counsel in this matter. (*Id.* at 2.) Ms. Ortiz's application (Doc. 271-1) complies with this Court's Local Rules governing the admission of counsel *pro hac vice*. L.R. 83.1(d).

Accordingly, IT IS ORDERED that the motion (Doc. 271) is GRANTED on the condition that Ms. Ortiz does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Ms. Ortiz shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. Ortiz files a separate pleading acknowledging her admission under the terms set forth above within fifteen (15) days of this Order.

DATED this 4th day of August, 2026.

Dana L. Christensen, District Judge
United States District Court

3