IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust; TERRI L. STEVENSON, an individual on behalf of herself, and as grantor of the Terri L. Stevenson 2016 Irrevocable Family Trust; TODD J. STEVENSON, an individual; and JOSEPH D. STEVENSON, an individual on behalf of himself, and as grantor of the Joseph D. Stevenson Irrevocable Life Insurance Trust; and FIRST TRUST COMPANY, LLC, on behalf of and as trustee for the Todd Stevenson 2013 Irrevocable Family Trust, the Todd F. Stevenson Irrevocable Life Insurance Trust, the Terri L. Stevenson 2016 Irrevocable Family Trust, and Joseph D. Stevenson Irrevocable Life Insurance Trust,

Plaintiffs,

vs.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; THE PENN INSURANCE AND ANNUITY COMPANY; SUMMIT FINANCIAL GROUP; GP

CV 24–109–M–DLC

ORDER

CAPITAL PARTNERS LLC; JOSHOA Q. GARDNER, an individual; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust Co., N.A.; BARRINGTON BANK & TRUST CO., N.A.; CMS NATIONAL SERVICES, LLC; LAKE FOREST BANK & TRUST CO., N.A.; and JOHN DOES 1–5,

Defendants.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; BARRINGTON BANK & TRUST CO., N.A.; CMS NATIONAL SERVICES, LLC DBA SUCCESSION CAPITAL ALLIANCE INSURANCE, LLC; THE PENN INSURANCE AND ANNUITY COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust CO., N.A.; SUMMIT FINANCIAL GROUP; and JOSHOA Q. GARDNER,

Third-Party Plaintiffs,

vs.

COREY JONES, as Personal Representative of the Estate of Janette Krutzfeldt Jones; KRUTZFELDT & JONES LLP; and TODD S. STEADMAN,

Third-Party Defendants.

Before the Court is Plaintiffs Todd F. Stevenson, Terri L. Stevenson, Todd J. Stevenson, Joseph D. Stevenson, and First Trust Company, LLC's, Motion for Leave to File Under Seal. (Doc. 286.) Plaintiffs seek leave to file their response to Defendant Wintrust Life Finance and Barrington Bank & Trust Co., N.A.'s (collectively, "Wintrust") Motion for Summary Judgment (Doc. 280) under seal. Plaintiffs requested conferral on the instant Motion with all other Parties but received no response; accordingly, the Court treats it as opposed. (Doc. 286 at 2.)

Plaintiffs indicate that their brief and supporting materials reference documents marked "confidential" pursuant to the Parties' Stipulated Protective Agreement. (*Id.*) The Court finds good cause to permit Plaintiffs to file their submission under seal to avoid disclosure of these materials.

Accordingly, IT IS ORDERED that the Motion (Doc. 286) is GRANTED. Plaintiffs may file their brief, foundational declaration, supporting exhibits, and statement of disputed/additional facts under seal.

DATED this 9th day of October, 2026.

Dana L. Christensen

Dana L. Christensen, District Judge
United States District Court