John L. Amsden, Esq.
Justin P. Stalpes, Esq.
Sydney E. Best, Esq.
Samuel J. Johnston, Esq.
BECK AMSDEN & STALPES, PLLC
610 Professional Drive
Bozeman, MT 59718
T: 406-586-8700 / F: 406-586-8960
amsden@becklawyers.com
justin@becklawyers.com
sydney@becklawyers.com
sam@becklawyers.com
*Attorneys for Plaintiffs*

* * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

* * * * * * *

| | |
|---|---|
| TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS MUTUAL, et al.,<br><br>Defendants. | Case No. 9:24-cv-00109-DLC<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR ORAL ARGUMENT ON WINTRUST'S MOTION FOR SUMMARY JUDGMENT (Doc. 279)** |

Plaintiffs respectfully move the Court to set Wintrust's fully briefed motion for summary judgment for oral argument. (*See* Doc. 279.)

Plaintiffs anticipate further dispositive motions practice from the remainder of Defendants; however, those motions will not be ripe for ruling until well-after the New Year. Further, Plaintiffs believe many of the same arguments advanced by Wintrust will be echoed by the rest of the defense cohort. Plaintiffs believe that oral argument now, with only one dispositive motion fully briefed, will clear up issues and aid in efficient resolution of not only the Wintrust motion, but also may help the remaining litigants focus their arguments going forward.

Counsel for Wintrust does not oppose this motion. Pursuant to the Local Rules, a proposed order is attached hereto and provided to chambers contemporaneously in Word format.

DATED this 9th day of November 2026.

/s/ Justin P. Stalpes
BECK AMSDEN & STALPES, PLLC
*Attorneys for Plaintiffs*

/s/ Sydney E. Best
BECK AMSDEN & STALPES, PLLC
*Attorneys for Plaintiffs*