* * * * * * *

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, MISSOULA DIVISION

* * * * * * *

| | |
|---|---|
| TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MASSACHUSETTS MUTUAL, et al.,<br><br>Defendants. | Case No. 9:24-cv-00109-DLC<br><br>**ORDER** |

Plaintiffs move the Court to set Wintrust's fully briefed motion for summary judgment for oral argument. (*See* Doc. 279.) Wintrust does not object.

The Court agrees that oral argument on the lead summary judgment motion from Defendants will help clear up issues and effect efficient resolution of not only the Wintrust motion but also may help the remaining litigants focus their arguments going forward.

Accordingly, IT IS ORDERED that Plaintiffs' motion for oral argument on Wintrust's motion for summary judgment (Doc. 279) is GRANTED. The Court will hear argument on the motion on ____________________ at _____________ at the Russell Smith Federal Courthouse in Missoula, Montana. Each side shall have ____ minutes for argument, including rebuttal.

DATED this ___ day of November 2026.