IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust; TERRI L. STEVENSON, an individual on behalf of herself, and as grantor of the Terri L. Stevenson 2016 Irrevocable Family Trust; TODD J. STEVENSON, an individual; and JOSEPH D. STEVENSON, an individual on behalf of himself, and as grantor of the Joseph D. Stevenson Irrevocable Life Insurance Trust; FIRST TRUST COMPANY, LLC, on behalf of and as trustee for the Todd Stevenson 2013 Irrevocable Family Trust, the Todd F. Stevenson Irrevocable Life Insurance Trust, the Terri L. Stevenson 2016 Irrevocable Family Trust, and Joseph D. Stevenson Irrevocable Life Insurance Trust,

Plaintiffs,

vs.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; THE PENN INSURANCE AND ANNUITY COMPANY; SUMMIT FINANCIAL GROUP; GP

CV 24–109–M–DLC

ORDER

CAPITAL PARTNERS LLC; JOSHOA Q. GARDNER, an individual; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust Co., N.A.; BARRINGTON BANK & TRUST CO., N.A.; CMS NATIONAL SERVICES, LLC; LAKE FOREST BANK & TRUST CO., N.A.; and JOHN DOES 1–5,

Defendants.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; BARRINGTON BANK & TRUST CO., N.A.; CMS NATIONAL SERVICES, LLC DBA SUCCESSION CAPITAL ALLIANCE INSURANCE, LLC; THE PENN INSURANCE AND ANNUITY COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust CO., N.A.; SUMMIT FINANCIAL GROUP; and JOSHOA Q. GARDNER,

Third-Party Plaintiffs,

vs.

COREY JONES, as Personal Representative of the Estate of Janette Krutzfeldt Jones; KRUTZFELDT & JONES LLP; and TODD S. STEADMAN,

Third-Party Defendants.

Before the Court is Defendant CMS National Services, LLC d/b/a Succession Capital Alliance, LLC's ("Succession") Motion to Appear Remotely. (Doc. 300.) Counsel for Succession seeks leave to appear remotely at the hearing on Wintrust's Motion for Summary Judgment (Doc. 279) currently set for December 9, 2026. (Doc. 299.) Counsel for Succession has a schedule conflict outside of Montana and does not anticipate presenting argument at the hearing. (Doc. 300.)

Accordingly, IT IS ORDERED that Succession's motion is GRANTED. (*Id.*) Succession may appear remotely at the summary judgment hearing on December 9, 2026.

DATED this 16th day of November, 2026.

Dana L. Christensen, District Judge
United States District Court