IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust; TERRI L. STEVENSON, an individual on behalf of herself, and as grantor of the Terri L. Stevenson 2016 Irrevocable Family Trust; TODD J. STEVENSON, an individual; and JOSEPH D. STEVENSON, an individual on behalf of himself, and as grantor of the Joseph D. Stevenson Irrevocable Life Insurance Trust; and FIRST TRUST COMPANY, LLC, on behalf of and as trustee for the Todd Stevenson 2013 Irrevocable Family Trust, the Todd F. Stevenson Irrevocable Life Insurance Trust, the Terri L. Stevenson 2016 Irrevocable Family Trust, and Joseph D. Stevenson Irrevocable Life Insurance Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; THE PENN INSURANCE AND ANNUITY COMPANY; SUMMIT FINANCIAL GROUP; GP | CV 24–109–M–DLC<br><br>ORDER |

CAPITAL PARTNERS LLC; JOSHOA Q. GARDNER, an individual; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust Co., N.A.; BARRINGTON BANK & TRUST CO., N.A.; CMS NATIONAL SERVICES, LLC; LAKE FOREST BANK & TRUST CO., N.A.; and JOHN DOES 1–5,

Defendants.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; BARRINGTON BANK & TRUST CO., N.A.; CMS NATIONAL SERVICES, LLC DBA SUCCESSION CAPITAL ALLIANCE INSURANCE, LLC; THE PENN INSURANCE AND ANNUITY COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust CO., N.A.; SUMMIT FINANCIAL GROUP; and JOSHOA Q. GARDNER,

Third-Party Plaintiffs,

vs.

COREY JONES, as Personal Representative of the Estate of Janette Krutzfeldt Jones; KRUTZFELDT & JONES LLP; and TODD S. STEADMAN,

Third-Party Defendants.

Before the Court are Defendants The Penn Mutual Life Insurance Company and The Penn Insurance and Annuity Company (collectively, the "Penn Defendants") and Defendant and Third-Party Plaintiff Massachusetts Mutual Life Insurance Company's ("MassMutual") Motions for Leave to File Under Seal. (Docs. 302, 303.) The Penn Defendants and MassMutual intend to file motions for summary judgment and seek leave to file their supporting briefs, statements of undisputed facts, and exhibits under seal. (*Id*. at 2, Doc. 303 at 2.) The Penn Defendants indicate that they invited conferral on the instant motion with all Parties. (*Id*. at 3.) Although no Party has opposed the motion thus far, the Penn Defendants have yet to receive responses from all Parties. (*Id*.) MassMutual indicates that its motion is unopposed. (Doc. 303 at 3.)

The Penn Defendants and MassMutual indicate that their summary judgment briefs and supporting materials reference documents marked "confidential" pursuant to the Parties' Stipulated Protective Agreement. (Doc. 302 at 2; Doc. 303 at 2.) These documents are replete with the Parties' financial information, rendering redaction impractical. (*Id*. at 2-3; Doc. 303 at 2-3.) The Court therefore finds good cause to permit the Penn Defendants and MassMutual to file their submissions under seal to avoid disclosure of these materials.

Accordingly, IT IS ORDERED that the Motions (Docs. 302, 303) are GRANTED. The Penn Defendants and MassMutual may file their summary judgment briefs, statements of undisputed facts, and supporting exhibits under seal.

DATED this 18th day of November, 2026.

Dana L. Christensen, District Judge
United States District Court