IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

TODD F. STEVENSON, an individual on behalf of himself, and as grantor of the Todd Stevenson 2013 Irrevocable Family Trust and the Todd F. Stevenson Irrevocable Life Insurance Trust; TERRI L. STEVENSON, an individual on behalf of herself, and as grantor of the Terri L. Stevenson 2016 Irrevocable Family Trust; TODD J. STEVENSON, an individual; and JOSEPH D. STEVENSON, an individual on behalf of himself, and as grantor of the Joseph D. Stevenson Irrevocable Life Insurance Trust; and FIRST TRUST COMPANY, LLC, on behalf of and as trustee for the Todd Stevenson 2013 Irrevocable Family Trust, the Todd F. Stevenson Irrevocable Life Insurance Trust, the Terri L. Stevenson 2016 Irrevocable Family Trust, and Joseph D. Stevenson Irrevocable Life Insurance Trust,

Plaintiffs,

vs.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; THE PENN INSURANCE AND ANNUITY COMPANY; SUMMIT FINANCIAL GROUP; GP

CV 24–109–M–DLC

ORDER

CAPITAL PARTNERS LLC; JOSHOA Q. GARDNER, an individual; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust Co., N.A.; BARRINGTON BANK & TRUST CO., N.A.; CMS NATIONAL SERVICES, LLC; LAKE FOREST BANK & TRUST CO., N.A.; and JOHN DOES 1–5,

Defendants.

MASSACHUSETTS MUTUAL LIFE INSURANCE COMPANY; BARRINGTON BANK & TRUST CO., N.A.; CMS NATIONAL SERVICES, LLC DBA SUCCESSION CAPITAL ALLIANCE INSURANCE, LLC; THE PENN INSURANCE AND ANNUITY COMPANY; THE PENN MUTUAL LIFE INSURANCE COMPANY; WINTRUST LIFE FINANCIAL, a Division of Lake Forest Bank & Trust CO., N.A.; SUMMIT FINANCIAL GROUP; and JOSHOA Q. GARDNER,

Third-Party Plaintiffs,

vs.

COREY JONES, as Personal Representative of the Estate of Janette Krutzfeldt Jones; KRUTZFELDT & JONES LLP; and TODD S. STEADMAN,

Third-Party Defendants.

Before the Court are Defendants GP Capital Partners, Summit Financial Group, and Joshoa Q. Gardner's (collectively, the "Gardner Defendants") and Defendant CMS National Services, LLC, d/b/a Succession Capital Alliance Insurance, LLC's ("Succession") Unopposed Motions for Leave to File Under Seal. (Docs. 304, 316.) The Gardner Defendants seek leave to file Exhibits 6, 10, 12-13, 15, 20, 25, 29, and 32-33 to the Declaration of Connie M. Fickel under seal. (*Id*. at 2.) Succession requests leave to file its summary judgment brief, statement of undisputed facts, and exhibits under seal. (Doc. 316 at 2.) Succession indicates that these materials reference documents marked confidential pursuant to the Parties' Stipulated Protective Agreement and that redaction is impractical. (*Id*. at 2-3.)

Accordingly, IT IS ORDERED that the Motions (Docs. 304, 316) are GRANTED. The Clerk of Court is directed to modify the docket to reflect that the lodged sealed documents (Docs. 315, 317) are deemed filed under seal.

DATED this 19th day of November, 2026.

Dana L. Christensen, District Judge
United States District Court